No. **CR-08 00544 JW HRL**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

*SAN JOSE DIVISION*

FILED
2008 AUG 13 A 2: 08
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

## THE UNITED STATES OF AMERICA

*vs.*

## CARLOS STEVE BURGUENO

## INDICTMENT

**COUNT ONE**: 8 U.S.C. Section 1326 - Illegal Re-Entry Following Deportation

*A true bill.*

_____
Foreperson

Filed in open court this ___13___ day of ___August___

*A.D. 2008*

_____
UNITED STATES MAGISTRATE JUDGE

*Bail. $* _____

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED

2008 AUG 13 P 2:08

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,  )   No. CR-08 00544 JW HRL
                           )
        Plaintiff,         )
                           )   VIOLATION: 8 U.S.C. § 1326 –
    v.                     )   Illegal Re-Entry Following Deportation
                           )
CARLOS STEVE BURGUENO,     )
                           )
        Defendant.         )   SAN JOSE VENUE
_____)

INDICTMENT

The Grand Jury charges:

On or about July 2, 2008, the defendant

CARLOS STEVE BURGUENO,

an alien, previously having been excluded, deported, and removed from the United States on or about November 2, 1994, July 25, 1997, September 18, 1998, March 16, 2001, June 11, 2007, and June 12, 2007, was found in the Northern District of California, the Attorney General of the

//
//
//

INDICTMENT

It is further alleged that the defendant was removed from the United States subsequent to a conviction for commission of a felony.

All violation of United States Code, Sections 1326(a) and (b).

DATED: 8/13/08                          A TRUE BILL.

*[signature: Ramona Wells]*
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

*[signature]*
MATTHEW PARRELLA
Chief, San Jose Branch Office

(Approved as to form: *[signature]* )
SAUSA CHAD MANDELL

INDICTMENT

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

## OFFENSE CHARGED

COUNT ONE: 8 U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-FILING

**PENALTY:**
10 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

**DEFENDANT - U.S.**
2008 AUG 13 P 2:08

▶ CARLOS STEVE BURGUENO

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**DISTRICT COURT NUMBER**

CR-08 00544

JW
HRL

## PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)
S/A TIMOTHY F. PURDY - ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
08-70495 PVT

Name and Office of Person Furnishing Information on THIS FORM
**JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) SAUSA CHAD MANDELL

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☑ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments: